COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION

Appellate case name:  In the Interest of K. L. W., A Child

Appellate case number:  01-18-00485-CV

Trial court case number:  2017-02559J

Trial court:  314th District Court of Harris County

On October 12, 2018, appellants, R.D.W. and B.B.C, filed a pro se "Motion for Disqualification and Recusal of Justice Higley."  Justice Higley declined to recuse and certified the "Motion for Disqualification and Recusal" to the en banc Court. *See* TEX. R. APP. P. 16.3(b).  The en banc Court voted unanimously to deny the motion.

It is so ORDERED.

Judge's signature:  ___/s/ Chief Justice Sherry Radack___
                    x  Acting for the Court

En Banc Court consists of Chief Justice Radack and Justices Jennings, Keyes, Bland, Massengale, Brown, Lloyd, and Caughey.  Justice Higley not participating.

Date:  _November 6, 2018___